UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| MAURICE YOUNG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:18-CV-00475-LEW |
| | ) | |
| STATE OF MAINE, | ) | |
| | ) | |
| Respondent | ) | |

# ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On February 1, 2019, the United States Magistrate Judge filed with the court, with a copy to Petitioner Maurice Young, his Recommended Decision on 28 U.S.C. § 2254 Petition (ECF No. 10). The Magistrate Judge explained that Petitioner has neither alleged any grounds for habeas relief nor articulated the relief he seeks in either his initial petition or his supplemental petition, and that dismissal of the petition was therefore in order.

The Petitioner filed his Objection to the Recommended Decision (ECF No. 11) on February 11, 2019. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The motion for habeas relief under 28 U.S.C. § 2254 is DISMISSED.

It is further ORDERED that no certificate of appealability will issue from this Court because the Petitioner has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

Dated this 4th day of March, 2019.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE